# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
T: 973.993.8100 | F: 973.425.0161
MDMC-LAW.COM

RANDI F. KNEPPER, ESQ.
(973) 565-2033
rknepper@mdmc-law.com

October 26, 2021

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court
for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      RE:    **Kathleen Shotts v. Metropolitan Life Insurance Company**
                **Civil Action No.: 1:21-cv-07047 (RA)**

Dear Judge Abrams:

      Our firm represents Metropolitan Life Insurance Company ("MetLife") in connection with the above named matter. We would appreciate Your Honor accepting this letter as a joint request that the initial conference scheduled for November 5, 2021, at 3:30 p.m., and all other dates in Your Honor's Order and Notice of Initial Conference dated August 27, 2021 (Dkt. Entry 6), be adjourned under after mediation.

      This is the first request for an extension of the dates being sought to be extended, however, MetLife previously requested an extension of time to answer the complaint, and answered within the time provided by the extension. This is a joint request, and consequently, it is with consent of Justin Frankel, Esq., counsel for Plaintiff Kathleen Shotts.

      By way of this action, Ms. Shotts is seeking long term disability ("LTD") benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001, *et seq*. Counsel for the parties agree that trying to settle this action in the first instance, prior to any discovery or discovery disputes, is the most prudent, cost effective and efficient way to avoid protracted litigation. Accordingly, counsel for the parties agreed to mediation, scheduled a mediator and scheduled mediation with Scott Maker, Esq., for January 19, 2022 at 9:30 a.m. Consequently, we respectfully requests that the initial conference and all pretrial dates be adjourned until after mediation, to only take place in the event mediation is unsuccessful.

# McElroy Deutsch

However, we are hopefully that there will be no need for continued litigation and we will be able to resolve this matter by way of mediation.

On behalf of parties, we appreciate Your Honor accepting and considering this request.

Respectfully submitted,

| | |
|---|---|
| McElroy, Deutsch, Mulvaney, Carpenter, LLP<br>Attorneys for Defendant<br>Metropolitan Life Insurance Company | Frankel & Newfield, P.C.<br>Attorneys for Plaintiff<br>Kathleen Shotts |
| By: *s/ Randi F. Knepper*<br>Randi F. Knepper, Esq. | By: *s/ Justin Frankel*<br>Justin Frankel, Esq. |

RFK:bk
4523962_1

Application granted. The initial status conference scheduled for November 5, 2021 is adjourned *sine die*. The Court suspends all associated deadlines. No later than January 20, 2022, the parties shall file a letter updating the Court on the status of mediation.

SO ORDERED.

_____
Hon. Ronnie Abrams
October 27, 2021